IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 08-157 |
| | ) |
| ESTEBAN CHAVEZ-MOGUEL | ) |

## O R D E R

AND NOW, this 30th day of October, 2008, upon due consideration of the within Motion To Dismiss Indictment filed by the United States, it is hereby ORDERED that said motion is GRANTED, and the Indictment filed at Criminal No. 08-157 returned by the federal grand jury on April 8, 2008, is hereby dismissed for the reasons set forth in the government's motion.

*Donetta W. Ambrose*
HONORABLE DONETTA W. AMBROSE
CHIEF U.S. DISTRICT JUDGE

cc:   all counsel of record
      U.S. Marshal
      U.S. Probation Office